UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LAPRADE'S MARINA, LLC | ) | CASE NUMBER: 15-20697 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF LAURA L SAULS, CPA LLC AS ACCOUNTANTS

COMES NOW LaPrade's Marina, LLC, and files this Application seeking approval of his employment of Laura L Sauls, CPA LLC ("Sauls") as accountant for the Debtor. In support of the Application, the Debtor shows as follows:

1. On April 6, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor needs assistance preparing its month end profit and loss statements and its employee pay-roll and filing the pay-roll and sales tax returns. The Debtor also needs assistance preparing the monthly operating reports required in the Chapter 11 case.

3. The Debtor desires to retain Sauls to provide assistance with its monthly accounting, preparation of the monthly profit and loss statement, pay-roll, pay-roll and sales tax filings and the preparation of the monthly operating reports.

4. The Debtor shows that it is necessary to employ Sauls in connection with the above described services. Sauls has significant accounting experience and is qualified to provide the necessary accounting services. Laura Sauls has been a licensed CPA since 1996 and has provided similar services to the Debtor for the past year.

5. Sauls has not received any retainer in connection with its retention by the Debtor and will receive such compensation and reimbursement of expenses in such amounts as may be allowed by the Court. Ms. Sauls hourly rate is $35 per hour.

6. Except as disclosed in connection with the motion, Sauls is a disinterested party as contemplated by 11 U.S.C. § 101(14), and to the best of Debtor's knowledge, Sauls represents no interest adverse to the Debtor as to matters upon which it is being engaged by the Debtor, and its appointment will be in the best interest of the estate. Other than as disclosed in the Statement of Disinterestedness filed herewith, Sauls has no connection with the Debtor, creditor or any other party in interest, the respective attorneys and accountants, judge of this Court, the United States Trustee or any person employed by the United States Trustee except that Debtor wishes to retain Sauls to provide accounting, book keeping and related services as set forth herein.

WHEREFORE, the Debtor prays that the Court enter an Order authorizing the employment of Laura L Sauls, CPA LLC to provide accounting, book keeping, payroll and other services during the Chapter 11 case.

This 4th day of May, 2015.

/s/ John A. Christy
John A. Christy, Esq.
Georgia Bar 125518
jchristy@swfllp.com
J. Carole Thompson Hord
Georgia Bar No. 291473
Attorneys for Debtor
chord@swfllp.com

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
K:\9191\1\Pleadings\application to employ accountant.doc

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LAPRADE'S MARINA, LLC | ) | CASE NUMBER: 15-20697 |
| | ) | |
| Debtor. | ) | |
| | ) | |

RULE 2014 VERIFICATION AND DISCLOSURES WITH REGARD TO
EMPLOYMENT OF LAURA L SAULS, CPA LLC

STATE OF GEORGIA

COUNTY OF RABUN

Personally appeared before the undersigned officer duly authorized to administer oaths comes Laura L. Sauls who, after being duly sworn, does hereby depose and state on oath as follows:

1.

My name is Laura L. Sauls and I am a principal of Laura L Sauls, CPA LLC ("Sauls") and this affidavit made upon my personal knowledge.

2.

Sauls has agreed as part of its retetion by the Debtor to waive any pre-petition claim it had against the Debtor for its pre-petition services. Sauls is not an equity security holder or insider of the Debtor. Neither Sauls nor I have ever been

a director, officer or employee of the Debtor. Sauls is a "disinterested person", as defined by 11 U.S.C. § 101(14), with respect to the above mentioned Debtor.

3.

Other than as already disclosed, Sauls represents no interest adverse to the Debtor as to matters upon which it is to be engaged. Except as disclosed in its application, the professionals of Sauls have no connection with the Debtor, any creditor, the respective attorneys and accountants, the United States Trustee or any persons employed by the United States Trustee, any judge of this Court or any person employed by a judge of this Court, or any other party in interest.

4.

Sauls has not received any retainer in connection with the subject representation. Sauls has agreed to receive compensation at the hourly rate of $35 plus reimbursement of out of pocket expenses.

_____
Laura L. Sauls, CPA

Sworn to and subscribed before me
this 1st day of May, 2015.

_____
NOTARY PUBLIC
My commission expires: 1-27-17
K:\9191\1\Pleadings\disclosures for accountant application.doc



2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Application for Approval of Employment of Laura L Sauls, CPA LLC as Accountants and Rule 2014 Verification and Disclosures with Regard to Employment of Laura L Sauls, CPA LLC was served through the ECF system or by placing a copy of the same in the United States Mail, with sufficient postage thereon to insure delivery to the parties on the attached service list.

This 4th day of May, 2015.

/s/ J. Carole Thompson Hord
J. Carole Thompson Hord

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone: (404) 681-3450
Facsimile:  (404) 681-1046

4

# MASTER SERVICE LIST

Christopher Russell
2236 Gulf Shore Blvd N
Unit J3
Naples, FL  34102

Community Bank And Trust
174 US-441
Clayton, GA  30525

Dallas Hurston
211 Colonial Homes Drive
Unit 1201
Atlanta, GA  30309

Floating Docks Manufacturing Company
3010 West Morris Street
Indianapolis, IN  46241

Georgian Hills Associates II, LP
2849 Paces Ferry Road
Suite 625
Atlanta, GA  30339

HHE Partnership LP
2100 Powers Ferry Road
Suite 200
Atlanta, GA  30339

Lake Perry Marina, LP
2849 Paces Ferry Road
Suite 625
Atlanta, GA  30339

Mark Lipsey
1403 Churchill Downs Drive
Waxhaw, NC  28173

Michael Lipsey
560 Hillside Drive
Atlanta, GA  30342

Paul Haugen
1464 Winterfield Court NW
Kennesaw, GA  30152

Peachtree Business Center, LP
2849 Paces Ferry Road
Suite 625
Atlanta, GA  30339

Rabun County Tax Commissioner
Sandy J. Smith
19 Jo Dotson Circle, Suite 101
Clayton, GA  30525

South State Bank
520 Gervais Street
Columbia, SC  29201

Stephen Smith
4415 Waterbury Lane
Marietta, GA  30062

Vinings Group I, LLC
2849 Paces Ferry Road
Suite 625
Atlanta, GA  30339

Vinings Investment Properties, LP
2849 Paces Ferry Road
Suite 625
Atlanta, GA  30339

James H. Morawetz
Office of the U.S. Trustee
362 Richard Russell Building
74 Spring Street, SW
Atlanta, Georgia 30303

David W. Cranshaw – via ECF
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326

Melissa Perignat – Via ECF
Derek Krebs – Via ECF
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, GA  30339

Estate of Henry Hirsch
2700 Delk Road
Suite 100
Marietta, Georgia 30067