UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LAPRADE'S MARINA, LLC | ) | CASE NUMBER: 15-20697-JRS |
| | ) | |
| Debtor. | ) | |
| | ) | |

## FIRST INTERIM APPLICATION OF LAURA L SAULS, CPA LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Laura L Sauls, CPA LLC ("Applicant") files its first interim application for compensation for services during the Chapter 11 case and respectfully shows this Court as follows:

1.

Applicant, as accountant for LaPrade's Marina, LLC ("Debtor"), debtor-in-possession herein, makes this first application for allowance of compensation in the amount of $5,818.75 and for reimbursement of expenses in the amount of $33.20, for the time period of April 16, 2015 through and including September 30, 2015

2.

On May 8, 2015, the Court entered an Order on Application to Employ Accountant, authorizing the Debtor to employ Applicant to provide assistance with

monthly accounting, preparation of monthly profit and loss statements, pay-roll, pay-roll and sales tax filings, and the preparation of monthly operating reports. This is Applicant's first application for compensation.  [Docket No. 36.]  On June 3, 2014, the Court authorized the Debtor to also employ Applicant to prepare its financial statements for year ending 2014 and additional monthly financial statements as needed in connection with Debtor's Chapter 11 bankruptcy case. [Docket No. 45.]

3.

All services for which compensation is requested by Applicant were performed for and on behalf of the Debtor and not on behalf of any other person or entity.

4.

A copy of this Application has been submitted for approval by the Debtor prior to submission to the Court.

5.

Applicant shows this Court that the billing rates for the services that are sought are reasonable and in keeping with similar awards to similar professionals performing accounting services in similar cases.

6.

Applicant reconciled bank statements monthly and prepared Monthly Operating Reports for April through August. Applicant processed the Debtor's biweekly payroll, prepared payroll journal entries, and handled payroll tax deposits and quarterly payroll tax reports. Applicant prepared and submitted sales tax reports and payments for each month. Applicant assisted with various reports requested by counsel or the bankruptcy court. A detailed breakdown of the time for which compensation is sought is attached hereto as **Exhibit "A"**. The expense for which Applicant seeks to be reimbursed is for checks purchased for Debtor's tax and insurance escrow account.

7.

Applicant's principal, Laura L. Sauls, has broad expertise and skills in the areas in which she rendered services. Applicant's familiarity with the Debtor's business enabled her to perform her work more efficiently than other professionals.

Applicant seeks compensation for services rendered at its standard hourly rates. No premium or bonuses are being sought. Applicant was not paid a retainer and no prior requests for payment of fees have been made or approved. Applicant shows this Court that its fee application is reasonable in light of the awards in similar cases. Accordingly, the Court should approve the compensation requested

by Applicant in the amount of $5,818.75 and expenses of $33.20 as reasonable and necessary in this case.

WHEREFORE, Applicant prays that an allowance be made to it in the sum of $5,818.75 for professional services rendered in this proceeding and for reimbursement of expenses in the amount of $33.20 for the time period of April 16, 2015 through and including September 30, 2015, and that the Debtor be authorized to pay the amounts awarded.

This 8th day of October, 2015.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
jchristy@swfllp.com
J. Carole Thompson Hord
Georgia Bar No. 291473
chord@swfllp.com
Jonathan A. Akins
Georgia Bar No. 472453
jakins@swfllp.com

Attorneys for the Debtor

Schreeder, Wheeler & Flint
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
K:\9191\1\pleadings\fee application accountant first.docx

## EXHIBIT "A"

Laura L Sauls CPA LLC

P O Box 1066
Clayton, GA  30525

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2015 | 1160 |

**Bill To**

LaPrade's Marina
25 Shoreline Trail
Clarkesville, GA  30523

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10.5 | Accounting Services for 4/16/2015 to 4/30/2015 | 35.00 | 367.50 |

| | **Total** | $367.50 |
|--|-----------|---------|

Laura L Sauls, CPA
Client Time Sheet

Client      LaPrades Marina
            4/16/2015 - 4/30/2015

| Date | | | Start Time | | End Time | | Total | | |
|------|---|---|-----------|---|----------|---|-------|---|---|
| 4/16/2015 | | January - March P&L and Assisted Peter with Reports Needed as of March 31st | 12:30 | | 18:15 | | 5:45 | | 5.75 |
| 4/18/2015 | | Setup Payroll in Quick Books and Entered Employee Data & Wage Information | 16:30 | | 17:30 | | 1:00 | | 1 |
| 4/19/2015 | | Reviewed & Processed 4/17 Payroll and Delivered Payroll Checks to the Marina | 13:00 | | 14:30 | | 1:30 | | 1.5 |
| 4/29/2015 | | Entered 5/1 Payroll Data, Processed 5/1 Payroll Checks & Prepared Payroll Journal Entry | 14:15 | | 15:30 | | 1:15 | | 1.25 |
| | | Conversations & E-mails with Attorney, Review & Execution of Documents  Regarding Engagement | | | | | | | 1.00 |

|  |  |  |
|---|---|---|
| Total Billable Time | | 10.5 |
| Billing Rate per Hour | $35.00 | $367.50 |

Laura L Sauls CPA LLC

P O Box 1066
Clayton, GA  30525

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2015 | 1165 |

**Bill To**

LaPrade's Marina
25 Shoreline Trail
Clarkesville, GA  30523

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 39.5 | Accounting Services for May 2015 | 35.00 | 1,382.50 |

| | **Total** | $1,382.50 |
|--|-----------|-----------|

Laura L Sauls, CPA
Client Time Sheet

Client        LaPrades Marina
              5/1/2015 - 5/31/2015

| Date | | | Start Time | End Time | Total | |
|---|---|---|---|---|---|---|
| 5/6/2015 | LP | Reconciled Bank Statements & Prepared Payroll and Deferred Revenue Journal Entries for April | 12:30 | 18:00 | 5:30 | 5.50 |
| 5/8/2015 | LP | Went Over Operating Report with Carole Hord & Began Gathering Information for April Report | 12:45 | 18:00 | 5:15 | 5.25 |
| 5/11/2015 | | Changed Bank Acct Information on File With EFTPS and Ga Tax Center & Processed PR Tax Deposits | 15:15 | 16:15 | 1:00 | 1.00 |
| 5/12/2015 | LP | Gathered Documents Needed for Operating Report and Began Preparing the Report | 12:30 | 18:00 | 5:30 | 5.50 |
| 5/13/2015 | | Entered Preliminary Data into April Operating Report, Processed 5/15 Payroll, Prepared Payroll JE | 13:15 | 17:30 | 4:15 | 4.25 |
| 5/14/2015 | LP | Worked with Peter at the Marina to Provide Documents Requested by the Attorney | 12:45 | 18:30 | 5:45 | 5.75 |
| 5/15/2015 | | Gathered Information Needed, Prepared April Sales Tax Return, and Submitted Payment | 15:45 | 16:45 | 1:00 | 1.00 |
| 5/17/2015 | | Entered Data Into April Operating Report Word Document & Printed, Organized, and Reviewed Preliminary Report | 13:15 | 17:15 | 4:00 | 4.00 |
| 5/19/2015 | LP | Obtained Data For and Made Final Adjustments to the April MOR, Reviewed Report With Peter & Submitted | 12:00 | 17:00 | 5:00 | 5.00 |
| 5/28/2015 | | Setup 7 New Employees, Verified Input, Processed 5/29 Payroll & Prepared Payroll Journal Entries | 13:15 | 15:30 | 2:15 | 2.25 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Billable Hours                                                                 39.5

Billing Rate per Hour          $35.00                           $1,382.50

Laura L Sauls CPA LLC

P O Box 1066
Clayton, GA  30525

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2015 | 1175 |

| Bill To |
|---------|
| LaPrade's Marina<br>25 Shoreline Trail<br>Clarkesville, GA  30523 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 45.25 | Accounting Services for June 2015 | 35.00 | 1,583.75 |

| | | | **Total** | $1,583.75 |

Laura L Sauls, CPA
Client Time Sheet

Client      LaPrades Marina
            6/1/2015 - 6/30/2015

| Date | | | Start Time | End Time | Total | |
|---|---|---|---|---|---|---|
| 6/2/2015 | LP | Worked with Peter to make 2014 yearend adjustments to balance sheet & assisted with cash flow analysis for 2014. | 12:30 | 19:00 | 6:30 | 6.50 |
| 6/3/2015 | | Telephone conference with Carole Hord to explain the Cash Flow Statement & answer questions on Cash vs Accrual. | 13:30 | 14:00 | 0:30 | 0.50 |
| 6/10/2015 | LP | Worked with Robin to correct May 24th credit card outage and began May bank reconciliations. | 12:45 | 19:15 | 6:30 | 6.50 |
| 6/12/2015 | | Submitted payroll tax deposits, entered 1 new employee, processed payroll, & prepared payroll journal entries. | 8:30 | 10:45 | 2:15 | 2.25 |
| 6/12/2015 | LP | Completed bank account reconciliations and began gathering data for the MOR report due June 20th. | 12:30 | 18:00 | 5:30 | 5.50 |
| 6/15/2015 | LP | Worked at the marina to finish gathering documents and detail for the MOR report. | 12:30 | 18:00 | 5:30 | 5.50 |
| 6/16/2015 | | Created spreadsheet to facilitate the calculations on MOR-2 and input data into MOR-2 spreadsheet for May. | 12:30 | 17:45 | 5:15 | 5.25 |
| 6/17/2015 | | Completed the initial draft of the May MOR report. Reviewed, footed, and cross checked all of the data in the report. | 13:15 | 17:30 | 4:15 | 4.25 |
| 6/18/2015 | LP | Worked with Peter at the marina to prepare budget comparison and other information requested by the court. | 12:45 | 18:15 | 5:30 | 5.50 |
| 6/19/2015 | | Calculated, filed, and submitted sales tax payment for May. Completed and filed MOR report for May. | 11:30 | 13:15 | 1:45 | 1.75 |
| 6/23/2015 | | Entered 3 new employees, processed and verified 6/26 payroll, and prepared payroll journal entries. | 12:45 | 14:30 | 1:45 | 1.75 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Billable Hours                                          45.25

Billing Rate per Hour              $35.00                    $1,583.75

Laura L Sauls CPA LLC

P O Box 1066
Clayton, GA  30525

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2015 | 1183 |

| Bill To |
|---------|
| LaPrade's Marina
25 Shoreline Trail
Clarkesville, GA  30523 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 25 | Accounting Services for July 2015 | 35.00 | 875.00 |

| | **Total** | $875.00 |
|---|---|---|

Laura L Sauls, CPA
Client Time Sheet

Client       LaPrades Marina
             7/1/2015 - 7/31/2015

| Date | | | Start Time | End Time | Total | |
|---|---|---|---|---|---|---|
| 7/7/2015 | LP | Reconciled bank statements and began gathering data for the MOR report due July 20th. | 12:30 | 18:00 | 5:30 | 5.50 |
| 7/8/2015 | | Submitted payroll tax deposits and processed July 10th payroll. | 16:45 | 18:00 | 1:15 | 1.25 |
| 7/12/2015 | LP | Gathered documents and detail needed to prepare the June MOR report due July 20th | 15:00 | 17:00 | 2:00 | 2.00 |
| 7/16/2015 | | Compiled data for & submitted June sales tax return. Completed schedule MOR-2 excel worksheet for June report. | 13:00 | 18:00 | 5:00 | 5.00 |
| 7/17/2015 | | Input data into the MOR report. | 10:00 | 11:45 | 1:45 | 1.75 |
| 7/17/2015 | | Reviewed, footed, and crosschecked data in the MOR report. Printed final report and supporting excel schedules. | 12:45 | 14:00 | 1:15 | 1.25 |
| 7/17/2015 | LP | Went to the marina to print check registers  and to obtain signature for MOR report.  Also entered payroll and sales tax | 14:00 | 18:00 | 4:00 | 4.00 |
| | | journal entries as well as assisted employees with accomodations tax and other accounting issues. | | | 0:00 | |
| 7/18/2015 | | Submitted June MOR report.  Prepared and filed 2nd quarter payroll tax reports. | 13:00 | 15:45 | 2:45 | 2.75 |
| 7/22/2015 | | Processed 7/24/2015 payroll and prepared State Unemployment report for mailing. | 14:30 | 15:30 | 1:00 | 1.00 |
| 7/23/2015 | | Prepared payroll journal entries for 7/10/15 and 7/24/15. | 13:45 | 14:15 | 0:30 | 0.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total Billable Hours                                    25

Billing Rate per Hour           $35.00                $875.00

Laura L Sauls CPA LLC

P O Box 1066
Clayton, GA  30525

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2015 | 1192 |

**Bill To**

LaPrade's Marina
25 Shoreline Trail
Clarkesville, GA  30523

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 20.75 | Accounting Services for August 2015 | 35.00 | 726.25 |

| | **Total** | $726.25 |
|--|-----------|---------|

Laura L Sauls, CPA
Client Time Sheet

Client      LaPrades Marina
            8/1/2015 - 8/31/2015

| Date | | | Start Time | | End Time | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/5/2015 | | Entered & verified payroll information for August 7th payroll.  Met Katie to pick up more checks. | 15:00 | | 15:45 | | 0:45 | | 0.75 |
| 8/6/2015 | | Printed pay checks and prepared the payroll journal entry for August 7th payroll. | 10:00 | | 10:30 | | 0:30 | | 0.50 |
| 8/11/2015 | | Prepared petition to date budget to actual comparison report through June 2015. | 12:30 | | 14:15 | | 1:45 | | 1.75 |
| 8/16/2015 | LP | Posted journal entries and reconciled bank statements for July. | 13:15 | | 18:00 | | 4:45 | | 4.75 |
| 8/17/2015 | LP | Compiled reports and information needed to prepare the MOR report for July due August 15th. | 15:45 | | 18:00 | | 2:15 | | 2.25 |
| 8/18/2015 | | Prepared sales tax worksheet for July & submitted sales tax return and payment. | 12:30 | | 13:00 | | 0:30 | | 0.50 |
| 8/18/2015 | | Compiled data and completed MOR-2 excel worksheet and began entering data into the July MOR word document. | 13:00 | | 18:00 | | 5:00 | | 5.00 |
| 8/19/2015 | | Completed the July MOR report.  Reviewed, footed, and crosschecked data | 9:30 | | 12:15 | | 2:45 | | 2.75 |
| 8/19/2015 | | Calculated hours for Rebecca, entered & verified payroll data, processed 8/21/15 payroll checks, & prepared payroll journal entries. | 13:15 | | 15:30 | | 2:15 | | 2.25 |
| 8/20/2015 | | Obtained signature & scanned and submitted Monthly Operating Report for July 2015 | 13:30 | | 13:45 | | 0:15 | | 0.25 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Total Billable Hours                                                      20.75

Billing Rate per Hour              $35.00                                 $726.25

Laura L Sauls CPA LLC

P O Box 1066
Clayton, GA  30525

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2015 | 1213 |

**Bill To**

LaPrade's Marina
25 Shoreline Trail
Clarkesville, GA  30523

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 25.25 | Accounting Services for September 2015 | 35.00 | 883.75 |
|       | Out of Pocket Expense - 50 QuickBooks Checks For The Tax & Insurance Escrow Bank Account | 33.20 | 33.20 |

| | **Total** | $916.95 |
|--|-----------|---------|

Laura L Sauls, CPA
Client Time Sheet

Client    LaPrades Marina
          9/1/2015 - 9/30/2015

| Date | | | Start Time | | End Time | | Total | | |
|------|---|---|-----------|---|----------|---|-------|---|---|
| 9/2/2015 | | Entered 3 new employees, entered hours for all but 1 employee, & e-mailed Peter several times regarding Rebecca's hours. | 13:30 | | 14:15 | | 0:45 | | 0.75 |
| 9/3/2015 | | Calculated & input Rebecca's hours, processed 9/4/15 payroll, and prepared payroll journal entries. | 13:15 | | 14:00 | | 0:45 | | 0.75 |
| 9/8/2015 | | Calculated and submitted August payroll tax deposits. Prepared payroll tax deposit journal entry. | 15:20 | | 15:50 | | 0:30 | | 0.50 |
| 9/9/2015 | LP | Entered payroll journal entries and began reconciling cash accounts for August. | 15:30 | | 18:15 | | 2:45 | | 2.75 |
| 9/11/2015 | LP | Resolved cash reconciling issues, completed bank reconciliations, and began gathering data for August MOR report. | 13:30 | | 18:15 | | 4:45 | | 4.75 |
| 9/12/2015 | | Ordered checks for escrow account and began working on the MOR-2 worksheet for the August MOR report. | 13:00 | | 15:00 | | 2:00 | | 2.00 |
| 9/16/2015 | LP | Gathered the remainder of the information needed and began working on the August MOR report. | 12:45 | | 18:00 | | 5:15 | | 5.25 |
| 9/17/2015 | | Processed 9/18/15 payroll & prepared payroll journal entries. Prepared & submitted sales tax return. Submitted sales tax payment. | 13:45 | | 16:15 | | 2:30 | | 2.50 |
| 9/19/2015 | | Completed MOR-2 worksheet, input data into MOR Report, reviewed , footed, and cross checked data. | 13:00 | | 16:00 | | 3:00 | | 3.00 |
| 9/22/2015 | | Obtained signature & scanned and submitted Monthly Operating Report for August 2015. | 16:30 | | 16:45 | | 0:15 | | 0.25 |
| 9/23/2015 | | Prepared MTD & YTD budget comparison report in excel MOR format. | 14:00 | | 16:45 | | 2:45 | | 2.75 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Total Billable Hours                                               25.25


Billing Rate per Hour              $35.00                          $883.75

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:                )      CHAPTER 11

                               )

LAPRADE'S MARINA, LLC    )      CASE NUMBER: 15-20697-JRS

                               )

Debtor.             )

                               )

## AFFIDAVIT OF LAURA L. SAULS

STATE OF GEORGIA

COUNTY OF FULTON

Before me, the undersigned attesting office duly authorized to administer oaths, personally appeared Laura L. Sauls who, after being duly sworn, deposed and said:

1.

I am a principal of Laura L Sauls, CPA LLC ("Sauls") who has been retained by LaPrade's Marina, debtor-in-possession, to provide services including monthly accounting, preparation of monthly profit and loss statements, pay-roll services, preparation of pay-roll and sales tax filings, and preparation of monthly operating reports.

2.

The facts set forth in the First Application of Laura L Sauls, CPA LLC for Compensation and the exhibits thereto are true and correct based on my knowledge and Sauls' business records maintained in the ordinary course of business, including time

records made by its professionals at or near the time of each service indicated by the records.

Laura L. Sauls, CPA

Sworn to and subscribed before me this 8th day of October, 2015.

Notary
[NOTARIAL SEAL]

2

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing FIRST APPLICATION OF LAURA L SAULS, CPA LLC FOR COMPENSATION and AFFIDAVIT OF LAURA L. SAULS through the electronic case filing system (ECF) or by placing a copy of the same in the United States Mail, with sufficient postage thereon to ensure delivery upon the parties listed on the service list attached hereto.

This 8th day of October, 2015.

/s/ Jonathan A. Akins
Jonathan A. Akins

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
404-681-3450

SERVICE LIST

James H. Morawetz
Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

David W. Cranshaw – via ECF
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326

Melissa Perignat – Via ECF
Derek Krebs – Via ECF
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, GA  30339

Estate of Henry Hirsch
c/o William L. Rothschild, Esq.
Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, SW
Atlanta, GA 30303-3424

Georgia Power Company
c/o Walter E. Jones, Esq.
Balch & Bingham, LLC
30 Ivan Alan Jr. Boulevard, NW
Suite 700
Atlanta, GA 30308