

**IT IS ORDERED as set forth below:**

**Date: November 16, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| LAPRADE'S MARINA, LLC, | : | CASE NUMBER 15-20697-JRS |
| Debtor. | : | |
| | : | |
| MULTIBANK 2009-1 CRE VENTURE, LLC, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| LAPRADE'S MARINA, LLC, | : | |
| Respondent. | : | |

**ORDER DENYING DEBTOR'S MOTION TO DISMISS AND GRANTING
MULTIBANK 2009-1 CRE VENTURE, LLC'S MOTION TO CONVERT**

This matter came before the Court on November 15, 2016 on the Debtor's Motion to Dismiss [Doc 199] (the "Motion to Dismiss") and Motion to Convert Debtor's Chapter 11 Case to One Under Chapter 7 (the "Motion to Convert") filed by Multibank 2009-1 CRE Venture, LLC ("Multibank") [Doc 219],

Upon consideration of the Motion to Dismiss and the Motion to Convert, the argument by counsel for Debtor in support of its Motion to Dismiss, the argument by counsel for Multibank in

10566009 v1

support of its Motion to Convert, argument by counsel for creditor Dallas Hurston in support of the Motion to Convert and a statement by the United States Trustee's Office in support of the Motion to Convert and all other matters of record, for the reasons stated on the record, it is

ORDERED that the Motion to Dismiss is DENIED; and it is further

ORDERED that the Motion to Convert is GRANTED; and it is further

ORDERED that this bankruptcy case is hereby converted to one under Chapter 7.

[END OF DOCUMENT]

Order Prepared and Presented By:

/s/ David W. Cranshaw, Esq.
David W. Cranshaw, Esq.
Georgia Bar No. 193450
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia  30326
(404) 233-7000
(404) 365-9532 (facsimile)
*Counsel to Multibank 2009-1 CRE Venture, LLC*

## SERVICE LIST

David W. Cranshaw, Esq.
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia  30326

Peter Anzo
102 Bristol Lane
Clayton, Georgia  30525

Scott B. Riddle, Esq.
Law Office of Scott B. Riddle, LLC
Suite 1800 Tower Place
3340 Peachtree Road NE
Atlanta, Georgia  30326

John A. Christy, Esq.
J. Carole Thompson Hord, Esq.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309-4516

James H. Morawetz, Esq.
Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303

Melissa J. Perignat, Esq.
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, Georgia 30339