UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **LAPRADE'S MARINA, LLC,** | ) | CASE NO. **15-20697-JRS** |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND SECTION 341(a) MEETING OF CREDITORS

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **Bradley J. Patten** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows:

| | |
|---|---|
| **Bradley J. Patten** <br> P.O. Box 1098 <br> 301 Green St., Suite 200 <br> Gainesville, GA 30501 <br> Phone: (770)536-3381 | **December 19, 2016, at 11:00 a.m.** <br> Federal Building, Room G-18 <br> 121 Spring Street, S.E. <br> Gainesville, GA 30501 |

Notice given by:          GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
*jeneane.treace@usdoj.gov*