SMITH GILLIAM WILLIAMS & MILES PA

Attorneys at Law

R. WILSON SMITH, JR.
(1906 - 1983)
JOHN H. SMITH
STEVEN P. GILLIAM
KELLY ANNE MILES
BRAD J. PATTEN
M. TYLER SMITH
R. BRENT HATCHER, JR.
KEITH J. WHITAKER
WILLIAM D. RHOADS
CLAYTON D. FRANKLIN
J. BRADFORD ODOM

200 OLD COCA-COLA BLDG.
301 GREEN STREET, NW
GAINESVILLE, GEORGIA 30501

MAILING ADDRESS:
P.O. BOX 1098
GAINESVILLE, GEORGIA 30503

T: (770) 536-3381
F: (770) 531-1481

www.sgwmfirm.com

OF COUNSEL
JERRY A. WILLIAMS

November 21, 2016

Ms. Julee Rimes
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:    LaPrade's Marina, LLC
       Chapter 7 Case Number: 15-20697-jrs
       U.S. Bankruptcy Court, Northern District of Georgia, Gainesville Division

Dear Julee:

Please be advised that I have a conflict in the above-referenced case and cannot serve as Trustee in this matter. Please reassign the case to another trustee.

Thank you for your assistance in this matter. Please give me a call if you need additional information to process this request.

With cordial regards, I remain,

Sincerely,

Bradley J. Patten

BJP/kb
c:    John Christy