UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **LAPRADE'S MARINA, LLC,** | ) | **CASE NO. 15-20697-JRS** |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND RESCHEDULED MEETING OF CREDITORS

Bradley J. Patten having rejected the appointment as interim trustee, the United States Trustee gives notice that, pursuant to 11 U.S.C. § 701, **Betty A. Nappier** is appointed as interim trustee in this case and is designated to preside over the meeting of creditors. The trustee shall serve under the blanket bond heretofore approved. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim trustee and the date, time, and location of the rescheduled meeting of creditors are as follows:

| **Betty A. Nappier** <br> P. O. Box 1649 <br> Cumming, GA 30028-1649 <br> (770) 529-9371 | **January 9, 2017, at 3:30 p.m.** <br> Federal Building, Room G-18 <br> 121 Spring Street, S.E. <br> Gainesville, GA 30501 |
|---|---|

Notice given by:   GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building & U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
jeneane.treace@usdoj.gov