# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LAPRADE'S MARINA, LLC | ) | CASE NUMBER: 15-20697 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

#### FOR THE PERIOD
FROM ___November 1, 2016_____ TO _____November 17, 2016_____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.

　　　　　　　　　　　　　　　　　　　/s/ John A. Christy_____
　　　　　　　　　　　　　　　　　　　John A. Christy
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 125518
　　　　　　　　　　　　　　　　　　　J. Carole Thompson Hord
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 291473

Debtor's Address　　　　　　　　　　　Attorney's Address
and Phone Number:　　　　　　　　　　and Phone Number:

LaPrade's Marina, LLC　　　　　　　　Schreeder, Wheeler & Flint, LLP
25 Shoreline Trail　　　　　　　　　　1100 Peachtree Street, NE, Suite 800
Clarkesville, GA 30523　　　　　　　　Atlanta, GA 30309-4516
(706) 947-0010　　　　　　　　　　　(404) 681-3450

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office. Monthly Operating Reports must
be filed by the 20th day of the following month.
For assistance in preparing the Monthly Operating Report, refer to the following resources on the
United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)　　　Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)　　　Initial Filing Requirements
3)　　　Frequently Asked Questions (FAQs)

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING ____November 1, 2016____ AND ENDING __November 17, 2016__

Name of Debtor: In re LaPrade's Marina, LLC          Case Number 15-20697
Date of Petition: April 6, 2015

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 12,314 | (a) | 46,449 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | 0 | | 625,220 | |
| Minus: Cash Refunds | (-) 0 | | (-) 7,095 | |
| Net Cash Sales | 0 | | 618,125 | |
| B. Accounts Receivable | 0 | | 817,872 | |
| C. Other Receipts (See MOR-3) | 0 | | 121,110 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 0 | | 1,557,107 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 12,314 | | 1,603,556 | |
| | | | | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | 0 | | 6,237 | |
| B. Bank Charges | 0 | | 785 | |
| C. Contract Labor | 0 | | 1,061 | |
| D. Fixed Asset Payments (not incl. in "N") | 0 | | 6,348 | |
| E. Insurance | 0 | | 83,307 | |
| F. Inventory Payments (See Attach. 2) | 0 | | 595,060 | |
| G. Leases | 0 | | 0 | |
| H. Manufacturing Supplies | 0 | | 0 | |
| I. Office Supplies | 0 | | 5,162 | |
| J. Payroll - Net (See Attachment 4B) | 0 | | 182,462 | |
| K. Professional Fees (Accounting & Legal) | 0 | | 19,526 | |
| L. Rent | 0 | | 0 | |
| M. Repairs & Maintenance | 0 | | 29,664 | |
| N. Secured Creditor Payments (See Attach. 2) | 0 | | 384,410 | |
| O. Taxes Paid - Payroll (See Attachment 4C) | 0 | | 63,496 | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | 0 | | 28,060 | |
| Q. Taxes Paid - Other (See Attachment 4C) | 0 | | 24,900 | |
| R. Telephone | (255) | | 17,816 | |
| S. Travel & Entertainment | 0 | | 0 | |
| Y. U.S. Trustee Quarterly Fees | 0 | | 11,700 | |
| U. Utilities | 0 | | 68,059 | |
| V. Vehicle Expenses | 0 | | 0 | |
| W. Other Operating Expenses (See MOR-3) | 122 | | 63,056 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | (133) | | 1,591,109 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 12,447 | (c) | 12,447 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __22nd__ day of __December 2016__

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Chophouse Restaurant Rent | 0 | 105,777 |
| Pizza Restaurant Rent | 0 | 4,000 |
| The Boat Shop | 0 | 11,333 |
| | | |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | **0** | **121,110** |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| See Attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | **122** | **63,056** |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

LAPRADE'S MARINA

| MOR-3 | OTHER DISBURSEMENTS: | | |
|---|---|---|---|
| | Cleaning | 0 | 4,117 |
| | Computer | 0 | 4,638 |
| | Customer Relations | 0 | 1,004 |
| | Dues & Subscriptions | 0 | 1,304 |
| | Employee Medical | 0 | 590 |
| | Employee Relations | 0 | 149 |
| | Fine | 0 | 2,500 |
| | Fuel | 0 | 729 |
| | Keys & Locks | 0 | 184 |
| | Licenses & Permits | 0 | 1,089 |
| | Merchant Fees | 122 | 18,682 |
| | Postage | 0 | 580 |
| | Property Travel | 0 | 4,848 |
| | Pump Service | 0 | 1,117 |
| | Security | 0 | 2,569 |
| | Small Tools & Equipment | 0 | 6,719 |
| | Supplies | 0 | 9,332 |
| | Uniforms/Crew Shirts | 0 | 231 |
| | Water Testing | 0 | 2,674 |
| | **TOTAL OTHER DISBURSEMENTS** | **122** | **63,056** |

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: In re LaPrade's Marina, LLC

Case Number 15-20697

Reporting Period beginning   November 1, 2016

Period ending   November 17, 2016

ACCOUNTS RECEIVABLE AT PETITION DATE:   $5,783

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $   42,470 | (a) |
| PLUS: Current Month New Billings | $ | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $   42,470 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $      *** | $      *** | $      *** | $      *** | $   42,470 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| *** | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**\*\*\* ACCOUNTS RECEIVABLE AGING INFORMATION WAS NOT AVAILABLE**

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: In re LaPrade's Marina, LLC                     Case Number 15-20697

Reporting Period beginning   November 1, 2016                   Period ending   November 17, 2016

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL AMOUNT |  |  |  | 0 (b) |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $                 0 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $                 0 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Multibank 2009-1 CRE Venture, LLC – the indebtedness was accelerated pre-petition. | | | | |
| HHE Partnership, LP/Hirsch Estate indebtedness was also due in full pre-petition. | | | | |
| Multibank 2009-1 CRE | | 0 | | |
| TOTAL | | 0 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: <u>In re LaPrade's Marina, LLC</u>                    Case Number <u>15-20697</u>

Reporting Period beginning <u>November 1, 2016</u>                    Period ending <u>November 17, 2016</u>

### INVENTORY REPORT

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $  33,356 |
| INVENTORY RECONCILIATION: | |
|     Inventory Balance at Beginning of Month | $  41,920       (a) |
|         PLUS: Inventory Purchased During Month | $ |
|         MINUS: Inventory Used or Sold | $ |
|         PLUS/MINUS: Adjustments or Write-downs | $     * |
|     Inventory on Hand at End of Month | $  41,920 *Inventory foreclosed on 9/6/16 |

METHOD OF COSTING INVENTORY: _____ Cost _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 30 % | 65 % | 5 % | 0 % = | 100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

Description of Obsolete Inventory:_____

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: <u>$3,000,000</u> ____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): <u>Marina on Lake Burton and 42 acres of real property</u>

| FIXED ASSETS RECONCILIATION: | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $     (a)(b) |
|     MINUS: Depreciation Expense | $ |
|     PLUS: New Purchases | $ |
|     PLUS/MINUS: Adjustments or Write-downs | $     * |
| Ending Monthly Balance | $ |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

---

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: In re LaPrade's Marina, LLC          Case Number 15-20697

Reporting Period beginning   November 1, 2016          Period ending   November 17, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:   SunTrust Bank          BRANCH: _____

ACCOUNT NAME:   LaPrades Marina LLC DIP          ACCOUNT NUMBER:  xxxxxxxxx4501

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 12,447 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 12,447 **(a) |

*Debit cards are used by          Tina Anzo

**If Closing Balance is negative, provide explanation:          N/A

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$          0          Transferred to Payroll Account
$          0          Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

*MOR-7*

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
36/E00/0175/0/11
4501
11/30/2016
0000

## SUNTRUST

## Account Statement

LAPRADES MARINA LLC DIP
CASE # 15-20697
LAURA SAULS, CPA
PO BOX 1066
CLAYTON GA 30525-0027

Questions? Please call
1-800-786-8787

Beginning November 4, 2016, you will notice a change to how transactions post to your account. Please visit
SunTrust.com/BusinessPostingProcess for more information.

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | TOTAL BUSINESS BANKING | | 4501 | | 11/01/2016 - 11/30/2016 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $12,383.06 | Average Balance | $12,427.69 |
| Deposits/Credits | $255.07 | Average Collected Balance | $12,427.69 |
| Checks | $69.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $122.30 | | |
| Ending Balance | $12,446.83 | | |

| Deposits/ Credits | Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|---|
| | 11/04 | 255.07 | | DEPOSIT | | | | |

Deposits/Credits: 1          Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | | | | |
|---|---|---|---|---|---|---|---|
| | 5812 | 69.00 | 11/02 | | | | |

Checks: 1

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/02 | 122.30 | | *ELECTRONIC/ACH DEBIT* GLOBAL PAYMENTS   GLOBAL STL8788242895359 |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 11/01 | 12,383.06 | 12,383.06 | 11/04 | 12,446.83 | 12,446.83 |
| | 11/02 | 12,191.76 | 12,191.76 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Save on gas, hotels, dining and more for your business. Pay with your SunTrust MasterCard® Business Debit Card to save on the things that make doing business easier. You'll receive MasterCard Easy Savings® rebates on top of other merchant discounts and card rewards programs.
Visit EasySavings.com

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  In re LaPrade's Marina, LLC          Case Number 15-20697

Reporting Period beginning  November 1, 2016          Period ending  November 17, 2016

NAME OF BANK:  SunTrust Bank          BRANCH: _____

ACCOUNT NAME:  LaPrades Marina LLC DIP _____

ACCOUNT NUMBER:  xxxxxxxxx4501 _____

PURPOSE OF ACCOUNT:  OPERATING _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer
generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $          0

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PRE-PETITION ACCOUNT

Name of Debtor: In re LaPrade's Marina, LLC        Case Number 15-20697

Reporting Period beginning  November 1, 2016        Period ending  November 17, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  ___Cornerstone Bank___        BRANCH: _____

ACCOUNT NAME:  _HHE Partnership LP_____        ACCOUNT NUMBER:  _xxxx8926__

PURPOSE OF ACCOUNT:  _____OPERATING PRE-PETITION_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 0 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 0  **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____    N/A _____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | None | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | N/A | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PRE-PETITION ACCOUNT**

Name of Debtor: In re LaPrade's Marina, LLC          Case Number 15-20697

Reporting Period beginning  November 1, 2016          Period ending  November 17, 2016

NAME OF BANK:    Cornerstone Bank          BRANCH: _____

ACCOUNT NAME:    HHE Partnership LP

ACCOUNT NUMBER:    xxxx8926

PURPOSE OF ACCOUNT:        OPERATING PRE-PETITION

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| | | Account Closed | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY – TAX & INSURANCE ESCROW ACCOUNT

Name of Debtor: In re LaPrade's Marina, LLC

Case Number 15-20697

Reporting Period beginning  November 1, 2016

Period ending  November 17, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    SunTrust Bank                BRANCH: _____

ACCOUNT NAME: LaPrades Marina LLC Tax & Ins. Escrow____    ACCOUNT NUMBER:  xxxxxxxxx5995

PURPOSE OF ACCOUNT:    TAX & INSURANCE ESCROW

| | |
|---|---|
| Ending Balance per Bank Statement | $      0 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $                    * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $      0        **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____ N/A

The following disbursements were paid by Cash: ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX & INSURANCE ESCROW ACCOUNT

Name of Debtor: In re LaPrade's Marina, LLC          Case Number 15-20697

Reporting Period beginning  November 1, 2016          Period ending  November 17, 2016

NAME OF BANK:  SunTrust Bank          BRANCH: _____

ACCOUNT NAME: LaPrades Marina LLC Tax & Ins. Escrow _____     ACCOUNT # xxxxxxxxx5995

PURPOSE OF ACCOUNT:  _____  TAX & INSURANCE ESCROW  _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| | | Account Closed | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                    _____(d)

### SUMMARY OF TAXES & INSURANCE PAID

Payroll Taxes Paid                                              _____(a)
Sales & Use Taxes Paid                                      _____(b)
Other Taxes & Insurance Paid                          _____(c)
TOTAL                                                              _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| **TOTAL** | | | | 0 (a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **TOTAL** | | $ 0 (b) | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation _____

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b) $ 0 (c)**

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor:  In re LaPrade's Marina, LLC          Case Number  15-20697

Reporting Period beginning  November 1, 2016          Period ending  November 17, 2016

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | | 941 Payroll Tax | $    0 | 10/17/16 | 3rd Qtr 2016 |
| Ga Dept of Revenue | | State Withholding | 0 | 10/15/16 | 3rd Qtr 2016 |
| Ga Dept of Revenue | | Sales Tax | 0 | 10/20/16 | Sept 2016 |
| Ga Dept of Labor | | State Unemployment | 0 | 10/15/16 | 3rd Qtr 2016 |
| IRS | | Fed. Unemployment | 0 | 1/20/16 | 2015 |
| | | | | | |
| | | | | | |
| TOTAL | | | $    0 | | |

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: In re LaPrade's Marina, LLC            Case Number 15-20697

Reporting Period beginning  November 1, 2016            Period ending  November 17, 2016

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Peter D Anzo | | Wages | $ 0 |
| | | | |
| | | | |
| | | | |
| | | | |

| **PERSONNEL REPORT** | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Date Expiration Date | Premium Due |
|---|---|---|---|---|---|
| Chastain & Associates | 706-433-1724 | 660-0G797823 | Property | 9/6/2016 | |
| Chastain & Associates | 706-433-1724 | Z0L-81M37700 | Liability | 9/6/2016 | |
| Chastain & Associates | 706-433-1724 | ZPD-61M37439 | Docks/Piers | 9/6/2016 | |
| Chastain & Associates | 706-433-1724 | BA-0G813250 | Business Auto | 9/6/2016 | |
| Chastain & Associates | 706-433-1724 | WC-RBD | Workers Comp | 9/6/2016 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

☐    Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-15

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I served a copy of the Debtor's Standard Monthly

Operating Report for the Period from November 1 through 17, 2016 via ECF or by

first class U.S. Mail, with sufficient postage thereon on the following:

James H. Morawetz
Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

David W. Cranshaw – via ECF
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326

Walter E. Jones, Esq. – Via ECF
Balch & Bingham, LLC
30 Ivan Alan Jr. Boulevard, NW
Suite 700
Atlanta, GA 30308

Melissa Perignat – Via ECF
Derek Krebs – Via ECF
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 1800
Atlanta, GA 30339

William L. Rothschild, Esq. – Via ECF
Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, SW
Atlanta, GA 30303-3424

This 30th day of December, 2016.

/s/ J. Carole Thompson Hord
J. CAROLE THOMPSON HORD

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046