**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Gainesville Division**

In Re:  Debtor(s)
   **LaPrade's Marina, LLC**
   25 Shoreline Trail
   Clarkesville, GA 30523

Case No.: **15–20697–jrs**
Chapter:  **7**
Judge:  **James R. Sacca**

**20–4849921**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

   Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

   **2/6/17** at **03:30 PM**
   **Federal Building, Room G–18, 121 Spring Street SE, Gainesville, GA 30501**.

   In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:  January 17, 2017

_____
M. Regina Thomas
Clerk of Court

Form 424