UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-20697-JRS |
| | ) | |
| LAPRADE'S MARINA, LLC, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

In light of the election of S. Gregory Hays as trustee, the section 341 meeting of creditors is rescheduled to **March 14, 2017**, at 12:00 Noon, in Room 366 of the Richard Russell Federal Building & U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. Pursuant to Bankruptcy Code section 343, the debtor shall appear and submit to examination under oath at the meeting of creditors.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE,
REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov