IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| LAPRADE'S MARINA, LLC ) | |
| ) | CASE NO. 15-20697-JRS |
| **Debtor.** ) | |

## AMENDED OBJECTION TO PROOF OF CLAIM OF MULTIBANK 2009-1 CRE VENTURE, LLC, CLAIM NO. 5

COMES NOW, Paul Haugen, Lake Perry Marina, LP, and Floating Docks Mfg. Co., Inc., each a Party and Creditor in the above styled case (collectively referred to as "Creditors") and amends the Objection to the Proof of Claim filed by Multibank 2009-1 CRE Venture, LLC [Claim No. 5] ("Multibank") to correct an incorrect case citation in ¶ 3 of the original Objection filed on February 3, 2017 [Docket No. 260].

The correct case citation is *Citizens Bank of Americus v. Wiggins* 167 B.R. 992 (M.D. Ga. 1994) (citing O.C.G.A. § 44-14-161).

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
1380 W. Paces Ferry Road, Suite 1150
Atlanta, GA 30327
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Creditors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 7** |
| **LAPRADE'S MARINA, LLC** ) | |
| ) | **CASE NO. 15-20697-JRS** |
| **Debtor.** ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the ***Amended Objection to Proof of Claim of Multibank 2009-1 CRE Venture, LLC*** with the Clerk of the Court using the CM/ECF system which will serve the foregoing document on all counsel of record via transmission of Notices of Electronica Filing generated by CM/ECF and by depositing the same in the U.S. Mail, with adequate postage affixed thereon to the following parties:

David W. Cranshaw
Morris, Manning & Martin, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, GA 30326

Betty A. Nappier
Chapter 7 Trustee
P. O. Box 1649
Cumming, GA 30028-1649

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

This is the 17th day of February, 2017.

McBRYAN, LLC

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
1380 W. Paces Ferry Road, Suite 1150
Atlanta, GA 30327
Telephone (678) 733-9322
Fax (678) 498-2709
lmcbryan@mcbryanlaw.com
**Attorney for Creditors**