**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 7** |
| | § | |
| **LaPrade's Marina, LLC,** | § | **CASE NO. 15-20697** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |

**TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEY**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") in the bankruptcy case of LaPrade's Marina, LLC ("**Debtor**"), and respectfully represents as follows:

1.

Debtor initiated this case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on December April 6, 2015 (the "**Petition Date**"). On November 17, 2016, the Court entered an order denying Debtor's motion to dismiss and granted the motion filed by Multibank 2009-1 CRE Venture, LLC, ("**Multibank**") to convert the case to Chapter 7 [Dkt. No. 232]. Pursuant to 11 U.S.C. § 701, the United States Trustee appointed Betty A. Nappier to serve as interim Chapter 7 Trustee.

2.

Pursuant to 11 U.S.C. § 341, the initial meeting of creditors in the Chapter 7 case was scheduled for January 9, 2017. In advance of the January 9 meeting, the United States Trustee was advised that a trustee election would be requested and rescheduled the initial 341 meeting for February 6, 2017. On February 10, 2017, the United States Trustee filed its "Report of Undisputed Chapter 7 Trustee Election" (Dkt. No. 263) wherein the United States Trustee reported that Applicant was elected as Trustee in this case in an undisputed election held at the

341 meeting on February 6, 2017.   Applicant remains the duly acting Chapter 7 Trustee in this case.

3.

To administer this case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel, and he wishes to employ the Law Offices of Henry F. Sewell, Jr., LLC (the "Firm") to act as his attorneys in this case.

4.

Henry F. Sewell, Jr. is the sole member of the Firm and is admitted to practice in this Court, has knowledge and experience in bankruptcy practice and is well qualified to represent Trustee in this matter.   Attached as Exhibit "A" is the Rule 2014 Verification of the Firm.   Mr. Sewell's current hourly rate is $350 per hour which may be increased during the term of the proposed employment or if so awarded by the Court.

5.

Professional services, for which counsel for the Trustee are necessary in this case, relate to the recovery of assets by Trustee, including the preparation, filing, and prosecution of any motions to settle, motions for turnover, adversary proceedings, as well as all claims objections, applications, and other necessary services.   Specifically, it is necessary to retain attorneys to assist Applicant with legal issues and appropriate pleadings related to the investigation, recovery, and monetization of claims against insiders of the Debtor for the benefit of creditors in this Case.    Applicant may also require the services of said professionals to assist with other legal matters, which may arise during the administration of this case.

6.

The professional services, for which it is necessary that an attorney act, may also include:

2

(a)   Preparation of pleadings and motions and conducting of examinations incidental to the administration of the estate;

(b)   Services incidental to preservation and disposition of assets;

(c)   Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of the estate's claims, or pending litigation;

(d)   Any and all other necessary action incident to the proper preservation and administration of the estate.

7.

To the best of Applicant's knowledge, employment of the Firm in this case will be in the best interest of the estate, the Debtor, creditors, and other parties in interest. Except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification of Henry F. Sewell, Jr., said firm does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a).

8.

To expedite the marshalling of the estate's assets, the Firm has heretofore performed certain professional services for the estate or plans to perform such services, which may be rendered prior to the signing of any order upon this Application.

9.

Applicant proposes that the Firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law. No compensation will be paid by Applicant to the Firm except upon application to and approval by the Court after notice and hearing as required by law.

WHEREFORE, Applicant prays that the Law Offices of Henry F. Sewell, Jr. be authorized to act as Applicant's attorney in this case and that such authorization continue if said firm should assist any successor Trustee.

Respectfully submitted this 2nd day of March, 2017.

_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, Georgia 30326-1420
(404) 926-0060
(404) 926-0055 (facsimile)

Proposed Attorneys for Trustee:
LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265

Law Offices of Henry F. Sewell, Jr., LLC
Suite 200, 3343 Peachtree Road NE
Atlanta, GA 30326
(404) 926-0053
hsewell@sewellfirm.com

4

**EXHIBIT "A"**

**RULE 2014 VERIFICATION WITH REGARD TO
EMPLOYMENT OF ATTORNEYS**

The undersigned hereby declares under penalty of perjury:

1.      I am the sole member of the Law Offices of Henry F. Sewell, Jr., LLC (the **"Firm"**) which maintains an office at Suite 200, 3343 Peachtree Road, Atlanta, Georgia 30326. I am an attorney at law, duly admitted and in good standing to practice in the state of Georgia, as well as in the United States District Court for the Northern District of Georgia and the United States Court of Appeals for the Eleventh Circuit. I have personal knowledge of the matters set out herein.

2.      The Firm has been asked to represent S. Gregory Hays, as Chapter 7 Trustee (**"Trustee"**) in the bankruptcy case of LaPrade's Marina LLC (**"Debtor"**).  To the best of my knowledge, the Firm has no professional, business, or other connection with the aforementioned Debtor, its attorney, creditors, or any party in interest in this case, except as set forth below.  The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged.  Disclosure is made that the Firm has previously represented and does represent S. Gregory Hays (in his capacity as a bankruptcy trustee or receiver) as special or general counsel in unrelated matters.   In addition, the Firm sub-leases office space from Hays Financial Consulting LLC, an entity in which Mr. Hays is a member.

3.      The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

4.      To the best of my knowledge, information, and belief, the Firm is eligible for employment and engagement by Trustee pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules for the purposes specified in the Application.

Dated this 2nd day of March, 2017.

By: _____
Henry F. Sewell, Jr.
Georgia Bar No. 636265

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he has served a true and correct of the foregoing *"Emergency Motion for an Order Shortening Notice and Scheduling Expedited Hearing"* via the Court's ECF system, if such party is registered, or via first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 2nd day of March, 2017.

By: */s/ Henry F. Sewell, Jr.*
     Henry F. Sewell, Jr.
     Georgia Bar No. 636265