**IT IS ORDERED as set forth below:**



**Date: June 13, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| IN RE: | : | CHAPTER 7 |
|---|---|---|
|  | : |  |
| LAPRADE'S MARINA, LLC, | : | CASE NO. 15-20697-JRS |
|  | : |  |
| Debtor. | : |  |

**ORDER GRANTING MOTION OF TRUSTEE TO COMPEL PETER D. ANZO
TO APPEAR AS A REPRESENTATIVE OF THE DEBTOR AND TESTIFY AT
THE SECTION 341 MEETING OF CREDITORS TO OCCUR AT THE SAME
TIME AND PLACE AS THE 2004 EXAMINATION OF PETER D. ANZO**

This matter is before the Court on the Motion of Trustee to Compel Peter D. Anzo to Appear as a Representative of the Debtor and Testify at the Section 341 Meeting of Creditors to Occur at the Same Time and Place as the 2004 Examination of Peter D. Anzo (Doc. No. 283, the "**Motion**") filed by S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the Estate of LaPrade's Marina, LLC, Debtor ("**Debtor**") in the above captioned Bankruptcy Case (the

"**Bankruptcy Case**").  This matter having come on for a hearing before this Court on June 1, 2017 and no objections having been filed or asserted to the relief south in the Motion and this Court having, after due deliberation and consideration of the Motion, determined that granting the relief contained herein is in the best interests of the Debtor, the estate, and other parties in interest in the Bankruptcy Case, for good cause shown and proper notice having been given and no additional notice or opportunity being required, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. Peter D. Anzo is directed to appear as a representative of the Debtor to testify and completely answer all questions posed by the Trustee and turn over all documents and information requested by the Trustee without limitation or qualification at a 341 meeting of creditors to occur at the same time and place as the Examination as may be noticed by the Trustee.[1]

END OF DOCUMENT

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

 */s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
3343 Peachtree Road NE, Suite 200
Atlanta Financial Center, East Tower
Atlanta, GA 30326
(404) 926-0053
hsewell@sewellfirm.com

*Counsel for S. Gregory Hays, as Chapter 7 Trustee of LaPrade's Marina, LLC*

---

[1] Capitalized, but undefined terms, shall have the meaning ascribed to such terms in the Motion.

2

## DISTRIBUTION LIST

Henry F. Sewell, Jr.
Suite 200, 3343 Peachtree Road, NE
Atlanta, Georgia 30326

David W. Cranshaw, Esq.
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, GA  30326

Scott Riddle, Esquire
Law Office of Scott B. Riddle, LLC
Suite 1800 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326

Jeneane Treace, Esquire
Office of the United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303

3