

**IT IS ORDERED as set forth below:**

**Date: July 16, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LaPrade's Marina, LLC, | § | CASE NO. 15-20697-JRS |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER GRANTING TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEY

Upon the *Trustee's Application for Appointment of Attorney* (the "**Application**") (Docket No. 267)[1] filed by S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of LaPrade's Marina, LLC (the "**Debtor**") in the above captioned case (the "**Case**") seeking the entry of an order (this "**Order**") authorizing the Trustee to retain and employ the Law Offices of Henry F. Sewell, Jr., LLC (the "**Firm**") as bankruptcy counsel; and upon the Sewell Declaration,

---

[1] Capitalized, but undefined, terms herein shall have the meaning ascribed to such terms in the Application.

1

which is annexed to the Application as Exhibit A; and the Court having determined that the relief requested in the Application is just and proper; and it appearing that the relief requested by the Application is in the best interest of the Debtor, its estate, its creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; for good cause shown, it is hereby:

ORDERED, that the Application is GRANTED; and it is

FURTHER ORDERED, that the Trustee is authorized to retain and employ the Law Offices of Henry F. Sewell, Jr., LLC, as the Trustee's attorneys in this Chapter 7 Case. The compensation to be paid to the Firm for professional services rendered and reimbursement for expenses incurred by the Firm shall be as determined by this Court upon proper application pursuant to the Bankruptcy Code.

***END OF DOCUMENT***

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE TRUSTEE

DISTRIBUTION LIST

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

David Weidenbaum, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

LaPrade's Marina, LLC
25 Shoreline Trail
Clarkesville, GA 30523