# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 15-20697-JRS | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | LAPRADE'S MARINA, LLC | Date Filed (f) or Converted (c): | 11/17/2016 (c) |
| | | § 341(a) Meeting Date: | 03/14/2017 |
| For Period Ending: | 06/30/2018 | Claims Bar Date: | 07/23/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | LaPrade's Marina Property, +/- 46 acres located at 25 Shoreline Trail, Clarksville, GA 30523<br>Foreclosed upon during the Chapter 11 case. | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash in safe<br>Foreclosed upon/administered during the Chapter 11 case. | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HHE Assignment of Rents Account<br>Administered during the Chapter 11 case. | 46,249.40 | 0.00 | | 0.00 | FA |
| 4 | 2 televisions, audio equipment, display furnishings and safe<br>Foreclosed upon during the Chapter 11 case. | 1,150.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts receivable<br>Administered/Foreclosed upon during the Chapter 11 case. | 7,553.22 | 0.00 | | 0.00 | FA |
| 6 | 1928 Model A Ford<br>Foreclosed upon during the Chapter 11 case. | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | Hurricane Deck Boat<br>Foreclosed/administered during the Chapter 11 case. | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2 computers and point of sale system, 4 copiers printers<br>Foreclosed upon during the Chapter 11 case. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Kabota tractor<br>Foreclosed upon during the Chapter 11 case. | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | See attached inventory<br>Foreclosed upon during the Chapter 11 case. | 21,736.95 | 0.00 | | 0.00 | FA |
| 11 | Aluminum framed floating docks<br>Foreclosed upon during the Chapter 11 case. | Unknown | 0.00 | | 0.00 | FA |
| 12 | Avoidance Actions (u)<br>Preference recoveries by Debtor's attorney recovered from Performance Consulting ($10,000) & Terret Investments ($19,197.70) turned over by Schreeder, Wheeler & Flint. | 29,197.70 | 29,197.70 | | 29,197.70 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 15-20697-JRS | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | LAPRADE'S MARINA, LLC | Date Filed (f) or Converted (c): | 11/17/2016 (c) |
| | | § 341(a) Meeting Date: | 03/14/2017 |
| For Period Ending: | 06/30/2018 | Claims Bar Date: | 07/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13 | Adversary # 18-02004 - Hays v. eter Dominic Anzo, Christine Anzo, Performance Consulting Partners, LLC (u) The adversary is unresolved. Trustee has not determined the likely recovery at this time. | Unknown | Unknown | | 0.00 | Unknown |
| 13 | **Assets        Totals**     (Excluding unknown values) | $3,123,987.27 | $29,197.70 | | $29,197.70 | $0.00 |

**Major Activities Affecting Case Closing:**

The case was originally filed as a Chapter 11 case on 4/6/15. It was converted to Chapter 7 on 11/17/16. The Trustee is pursuing transfers from the Debtor both pre-petition and post petition to Peter Dominic Anzo, Christine Anzo, Performance Consulting Partners, LLC (See Adversary # 18-02004).

**Initial Projected Date Of Final Report (TFR):**   06/30/2019        **Current Projected Date Of Final Report (TFR):**   06/30/2019

07/31/2018                                             /s/S. Gregory Hays
_____                                    _____
Date                                                   S. Gregory Hays

Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 15-20697-JRS | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | LAPRADE'S MARINA, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9921 | | Account #: | ******0000 Checking |
| For Period Ending: | 06/30/2018 | | Blanket Bond (per case limit): | $30,390,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/21/17 | {12} | Schreeder, Wheeler & Flint LLP | Preference recoveries by Debtor's attorney recovered from Performance Consulting ($10,000) & Terret Investments ($19,197.70) turned over by Schreeder, Wheeler & Flint. | 1241-000 | 29,197.70 | | 29,197.70 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.59 | 29,185.11 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.17 | 29,145.94 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.11 | 29,099.83 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.85 | 29,057.98 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.39 | 29,017.59 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.91 | 28,971.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.28 | 28,931.40 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.38 | 28,887.02 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.54 | 28,845.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.10 | 28,805.38 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.57 | 28,759.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.60 | 28,721.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.31 | 28,679.90 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.87 | 28,640.03 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.31 | 28,594.72 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.75 | 28,554.97 |

Page Subtotals:    $29,197.70    $642.73

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 15-20697-JRS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | LAPRADE'S MARINA, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9921 | Account #: | ******0000 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $30,390,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 29,197.70 | 642.73 | $28,554.97 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,197.70 | 642.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $29,197.70 | $642.73 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-20697-JRS |
| **Case Name:** | LAPRADE'S MARINA, LLC |
| **Taxpayer ID #:** | **-***9921 |
| **For Period Ending:** | 06/30/2018 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0000 Checking |
| **Blanket Bond (per case limit):** | $30,390,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $29,197.70 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $29,197.70 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0000 Checking | $29,197.70 | $642.73 | $28,554.97 |
| | $29,197.70 | $642.73 | $28,554.97 |