IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| LaPrade's Marina, LLC, | § | CASE NO. 15-20697-JRS |
| | § | |
| Debtor. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2019, I caused a true and correct copy of the document attached hereto as **Exhibit A** to be served via first class, United States Mail upon the persons listed in **Exhibit B** attached hereto.

This 26th day of August, 2019.

/s/ *Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
LAW OFFICES OF HENRY F. SEWELL JR., LLC

Suite 555, 2964 Peachtree Road NW
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com
Counsel for the Trustee

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| LAPRADE'S MARINA, LLC, | CASE NO. 15-20697-JRS |
| Debtor. | |

### NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING

S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate of LaPrade's Marina, LLC, Debtor in the above captioned Bankruptcy Case and Plaintiff in the above captioned Adversary Proceeding, filed a *Motion For Approval of Compromise and Settlement* (the "**Motion**") on August 5, 2019.[1]

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, 121 Spring Street SE, Gainesville GA 30501, and serve a copy on the counsel for the Trustee at: Law Offices of Henry F. Sewell Jr., LLC, c/o Henry F. Sewell, Jr., Esq., Buckhead Centre, 2964 Peachtree Road NW, Suite 555, Atlanta, Georgia, 30305 and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Motion has been scheduled for **1:30 p.m. on the 29th day of August, 2019**, in Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, GA 30501. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

---

[1] The Motion is on file with the Clerk of the Court at the address set forth herein and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for the Trustee identified below.

Dated: August 5, 2019.

                Respectfully submitted,

                LAW OFFICES OF HENRY F. SEWELL JR., LLC

                */s/ Henry F. Sewell, Jr.*
                Henry F. Sewell, Jr.
                Georgia Bar No. 636265
                Buckhead Centre
                2964 Peachtree Road NW, Suite 555
                Atlanta, GA 30305
                (404) 926-0053
                hsewell@sewellfirm.com

                *Counsel for S. Gregory Hays, as Chapter 7 Trustee for the Estate of LaPrade's Marina, LLC, Debtor*

# EXHIBIT B

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              CHRISTOPHER L RUSSELL                 COMMUNITY BANK AND TRUST
  LABEL MATRIX FOR LOCAL NOTICING      3602 E PASADENA AVE                   174 US441
113E2                                  PHOENIX AZ 85018-1512                 CLAYTON GA 30525
CASE 15-20697-JRS
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE
MON AUG 5 17-30-47 EDT 2019



DAVID W CRANSHAW                       DALLAS A HURSTON                      DALLAS HURSTON
MORRIS MANNING  MARTIN LLP             MELISSA J PERIGNAT ESQ                211 COLONIAL HOMES DRIVE
1600 ATLANTA FINANCIAL CENTER          DEREK J KREBS ESQ                     UNIT 1201
3343 PEACHTREE ROAD NE                 HOLT NEY ZATCOFF  WASSERMAN LLP       ATLANTA GA 30309-1288
ATLANTA GA 30326-1044                  100 GALLERIA PARKWAY SUITE 1800
                                       ATLANTA GEORGIA 30339-5960



ESTATE OF HENRY HIRSCH                 ESTATE OF HENRY HIRSCH                FLOATING DOCKS MANUFACTURING COMPANY
2100 POWERS FERRY ROAD SE              2700 DELK ROAD SUITE 100              3010 WEST MORRIS STREET
SUITE 200                              ATLANTA GA 30067                      INDIANAPOLIS IN 46241-2717
ATLANTA GA 30339-5014



FLOATING DOCKS MFG CO INC              FLOATING DOCKS MFG CO INC             GEOFFREY PINTO
2010 WEST MORRIS STREET                3010 WEST MORRIS STREET               3827 DONALDSON DRIVE
INDIANAPOLIS INDIANA 46221-1542        INDIANAPOLIS INDIANA 46241-2717       ATLANTA GA 30341-1712



GEORGIA DNR EPD                        GEORGIA POWER COMPANY                 GEORGIAN HILLS ASSOCIATES II LP
PO BOX 3250                            CO WALTER E JONES ESQ                 2849 PACES FERRY ROAD
CARTERSVILLE GA 30120-1705             BALCH  BINGHAM LLP                    SUITE 625
                                       30 IVAN ALLEN JR BLVD NW STE 700      ATLANTA GA 30339-5742
                                       ATLANTA GA 30308-3036



HDH ADVISORS LLC                       HHE PARTNERSHIP LP                    HHE PARTNERSHIP LP
2002 SUMMIT BLVD SUITE 950             2100 POWERS FERRY ROAD                CO BILL ROTHSCHILD
ATLANTA GA 30319-6420                  SUITE 200                             170 MITCHELL STREET SW
                                       ATLANTA GA 30339-5014                 ATLANTA GA 30303-3424



S GREGORY HAYS                         HAYS FINANCIAL CONSULTING LLC         BRENT W HERRIN
HAYS FINANCIAL CONSULTING LLC          S GREGORY HAYS                        COHEN POLLOCK MERLIN  SMALL PC
SUITE 555                              2964 PEACHTREE ROAD NW                SUITE 1600
2964 PEACHTREE ROAD NW                 SUITE 555                             3350 RIVERWOOD PARKWAY
ATLANTA GA 30305-4909                  ATLANTA GA 30305-4909                 ATLANTA GA 30339-3359



J CAROLE THOMPSON HORD                 INTERNAL REVENUE SERVICE              WALTER E JONES
SCHREEDER WHEELER  FLINT LLP           P O BOX 7346                          BALCH  BINGHAM LLP
1100 PEACHTREE STREET NE               2970 MARKET STREET                    SUITE 700
SUITE 800                              PHILADELPHIA PA 19104-5002            30 IVAN ALLEN JR BLVD NW
ATLANTA GA 30309-4516                                                        ATLANTA GA 30308-3036



                                       DEBTOR
DEREK J KREBS                                                                LAKE PERRY MARINA LP
HOLT NEY ZATCOFF  WASSERMAN LLP        LAPRADES MARINA LLC                   2849 PACES FERRY ROAD
SUITE 1800                             25 SHORELINE TRAIL                    SUITE 625
100 GALLERIA PARKWAY                   CLARKESVILLE GA 30523-0313            ATLANTA GA 30339-5742
ATLANTA GA 30339-5960
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LAKE PERRY MARINA LP               MARK LIPSEY                        LOUIS G MCBRYAN
RRG MANAGEMENT                     1403 CHURCHILL DOWNS DRIVE         MCBRYAN LLC
114 OLD YORK RD 100                WAXHAW NC 28173-6609               BUILDING B-3 SUITE 100
JENKINTOWN PA 19046                                                   6849 PEACHTREE DUNWOODY ROAD
                                                                      ATLANTA GA 30328-1608


MICHAEL LIPSEY                     JAMES H MORAWETZ                   MULTIBANK 2009 1 CRE VENTURE LLC
560 HILLSIDE DRIVE                 OFFICE OF US TRUSTEE               515 SOUTH FLOWER STREET
ATLANTA GA 30342-3630              362 RICHARD RUSSELL BLDG           44TH FLOOR
                                   75 TED TURNER DRIVE SW             LOS ANGELES CA 90071-2201
                                   ATLANTA GA 30303-3330


MULTIBANK 2009 1 CRE VENTURE LLC   OFFICE OF THE UNITED STATES TRUSTEE   OFFICE OF THE UNITED STATES TRUSTEE
CO DAVID W CRANSHAW ESQ            362 RICHARD RUSSELL BUILDING          75 TED TURNER DRIVE SW SUITE 362
MORRIS MANNING  MARTIN LLP         75 TED TURNER DRIVE SW                ATLANTA GA 30303-3330
3343 PEACHTREE ROAD NE STE 1600    ATLANTA GA 30303-3315
ATLANTA GEORGIA 30326-1044


PAUL HAUGEN                        PEACHTREE BUSINESS CENTER LP       MELISSA J PERIGNAT
1464 WINTERFIELD COURT NW          2849 PACES FERRY ROAD              HOLT NEY ZATCOFF  WASSERMAN LLP
KENNESAW GA 30152-6703             SUITE 625                          100 GALLERIA PARKWAY SUITE 1800
                                   ATLANTA GA 30339-5742              ATLANTA GA 30339-5960


RABUN COUNTY TAX COMMISSIONER      SANDY SMITH RABUN COUNTY TAX       SCOTT B RIDDLE
19 JO DOTSON CIRCLE SUITE 101      COMMISSIONER                       LAW OFFICE OF SCOTT B RIDDLE LLC
CLAYTON GA 30525-7040              19 JO DOTSON CIRCLE                SUITE 1800
                                   SUITE 101                          3340 PEACHTREE ROAD NE
                                   CLAYTON GA 30525-7040              ATLANTA GA 30326-1064


WILLIAM L ROTHSCHILD               SCHREEDER WHEELER  FLINT LLP       HENRY F SEWELL JR
OGIER ROTHSCHILD  ROSENFELD PC     1100 PEACHTREE ST NE               LAW OFFICES OF HENRY F SEWELL JR LLC
P O BOX 1547                       SUITE 800                          SUITE 555
DECATUR GA 30031-1547              ATLANTA GA 30309-4516              2964 PEACHTREE ROAD NW
                                                                      ATLANTA GA 30305-4909


PAUL B SMART                       STEVEN D SMITH                     SOUTH STATE BANK
HULSEY OLIVER  MAHAR LLP           1035 PEYTON VIEW COURT              448 NORTH MAIN STREET
PO BOX 1457                        ALPHARETTA GA 30004-1122           CORNELIA GA 30531-2191
GAINESVILLE GA 30503-1457


SOUTH STATE BANK                   SOUTH STATE BANK                   R JENEANE TREACE
520 GERVAIS STREET                 CO DONNA M LAWRENCE                ASSISTANT UNITED STATES TRUSTEE
COLUMBIA SC 29201-3071             P O BOX 1900                       362 RICHARD RUSSELL BLDG
                                   CORNELIA GA 30531-7900             75 TED TURNER DRIVE SW
                                                                      ATLANTA GA 30303-3315


VININGS GROUP I LLC                VININGS INVESTMENT PROPERTIES LP
2849 PACES FERRY ROAD              2849 PACES FERRY ROAD
SUITE 625                          SUITE 625
ATLANTA GA 30339-5742              ATLANTA GA 30339-5742
```