**IT IS ORDERED as set forth below:**



Date: September 12, 2019

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LAPRADE'S MARINA, LLC, | : | CASE NO. 15-20697-JRS |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER APPROVING MOTION FOR APPROVAL OF
### COMPROMISE AND SETTLEMENT

This matter is before the Court on the *Motion For Approval of Compromise and Settlement* (the "**Motion**") (Docket No. 308) filed by S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the Estate (the "**Estate**") of LaPrade's Marina, LLC, Debtor (the "**Debtor**") in the above captioned Bankruptcy Case (the "**Bankruptcy Case**"). The Motion seeks entry of an order, pursuant to Section 105(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the

4

"**Bankruptcy Code**") and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving a Settlement Agreement (the "**Settlement Agreement**")[1] attached as **Exhibit "A"** to the Motion by and between the Trustee, Christine Anzo, Performance Consulting Partners, LLC, and Peter Dominic Anzo.

Having reviewed and considered the Motion and the record in this Case, the Court finds that: 1) the relief requested in the Motion is in the best interests of the Trustee, the Estate, creditors and other parties in interest; 2) the Court has jurisdiction over this proceeding; 3) this is a core proceeding; 4) notification of the relief granted by this Order is fair and reasonable; 5) due and proper notice of the Motion was given and such notice is good and sufficient under the particular circumstances; 6) no objections were filed or asserted to the relief sought in the Motion; and 7) good and sufficient cause exist for the relief requested in the Motion, for the entry of this Order, and approval of the Settlement. For good cause shown, is it hereby ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. The Settlement Agreement attached to the Motion is hereby approved, including, without limitation, all terms, provisions, rights and releases and any objection to the Trustee entering into the Settlement Agreement is hereby overruled.

3. The Court hereby adopts, approves, and incorporates into this Order the provisions of the Settlement Agreement, including, without limitation, the recitals.

4. The Trustee is authorized to enter and consummate the Settlement Agreement, perform and make payments under the terms of the Settlement Agreement, provide the release

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

contained in the Settlement Agreement, and take any and all steps in the sole discretion of the Trustee to complete and consummate the Settlement Agreement.

5. This Court shall retain jurisdiction to resolve any and all disputes arising from this Order and the Settlement.

**[END OF ORDER]**

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

By: **<u>Henry F. Sewell, Jr.</u>**
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

*Counsel for S. Gregory Hays, as Chapter 7 Trustee
for the Estate of LaPrade's Marina, LLC, Debtor*

4

DISTRIBUTION LIST

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

David S. Weidenbaum, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Will B. Geer, Esq.
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303

Scott B. Riddle, Esq.
Law Office of Scott B. Riddle, LLC
Suite 1800, 100 Tower Place
3340 Peachtree Road, NE
Atlanta, Georgia 30326

United States Bankruptcy Court
Northern District of Georgia

In re:  
LaPrade's Marina, LLC  
    Debtor

Case No. 15-20697-jrs  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-8     User: wellfares     Page 1 of 1     Date Rcvd: Sep 12, 2019  
                                Form ID: pdf420     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.  
db       +LaPrade's Marina, LLC,    25 Shoreline Trail,    Clarkesville, GA 30523-0313  
        David S. Weidenbaum, Esq.,    Office of the United States Trustee,  
          362 Richard B. Russell Federal,    Building, 75 Ted Turner Drive, SW,    Atlanta, Georgia 30303  
       +Henry F. Sewell, Jr.,    Buckhead Centre,    2964 Peachtree Road NW, Suite 555,  
         Atlanta, GA 30305-4909  
       +Henry F. Sewell, Jr., Esq.,    Buckhead Centre,    2964 Peachtree Road NW, Suite 555,  
         Atlanta, GA 30305-4909  
       +Scott B. Riddle, Esq.,    Law Office of Scott B. Riddle, LLC,    Suite 1800, 100 Tower Place,  
         3340 Peachtree Road, NE,    Atlanta, Georgia 30326-1000  
       +Will B. Geer, Esq.,    Wiggam & Geer, LLC,    50 Hurt Plaza, SE, Suite 1245,  
         Atlanta, Georgia 30303-2916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:  
          Brent W. Herrin    on behalf of Creditor    Performance Consulting Partners, LLC jpenston@cpmas.com  
          David W. Cranshaw    on behalf of Creditor    Multibank 2009-1 CRE Venture, LLC dhp@mmmlaw.com  
          Derek J. Krebs    on behalf of Creditor Dallas A. Hurston dkrebs@hnzw.com  
          Henry F. Sewell, Jr.    on behalf of Plaintiff S. Gregory Hays, Chapter 7 Trustee  
           hsewell@sewellfirm.com,    hsewell123@yahoo.com  
          Henry F. Sewell, Jr.    on behalf of Trustee S. Gregory Hays hsewell@sewellfirm.com,  
           hsewell123@yahoo.com  
          J. Carole Thompson Hord    on behalf of Accountant Laura L. Sauls chord@swfllp.com  
          Louis G. McBryan    on behalf of Creditor Paul  Haugen lmcbryan@mcbryanlaw.com,  
           alepage@mcbryanlaw.com;cchristy@mcbryanlaw.com  
          Louis G. McBryan    on behalf of Creditor    Lake Perry Marina, LP lmcbryan@mcbryanlaw.com,  
           alepage@mcbryanlaw.com;cchristy@mcbryanlaw.com  
          Louis G. McBryan    on behalf of Creditor    Floating Dock Mfg, Co., Inc. lmcbryan@mcbryanlaw.com,  
           alepage@mcbryanlaw.com;cchristy@mcbryanlaw.com  
          Melissa J. Perignat    on behalf of Creditor Dallas A. Hurston mperignat@hnzw.com,  tgrant@hnzw.com  
          Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov  
          Paul B. Smart    on behalf of Creditor    South State Bank pbs@homlaw.com  
          R. Jeneane Treace    on behalf of U.S. Trustee    Office of the United States Trustee  
           jeneane.treace@usdoj.gov  
          S. Gregory Hays    ghays@haysconsulting.net,    saskue@haysconsulting.net;GA32@ecfcbis.com  
          Scott B. Riddle    on behalf of Creditor    Performance Consulting Partners, LLC  
           scott@scottriddlelaw.com,    admin@scottriddlelaw.com  
          Scott B. Riddle    on behalf of Defendant    Performance Consulting Partners, LLC  
           scott@scottriddlelaw.com,    admin@scottriddlelaw.com  
          Walter E. Jones    on behalf of Creditor    Georgia Power Company wjones@balch.com,  
           fednoticesatl@balch.com  
          Will B. Geer    on behalf of Defendant Christine  Anzo wgeer@wiggamgeer.com,  
           willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com  
          William L. Rothschild    on behalf of Creditor    Henry Hirsch Estate br@orratl.com  
                                                                                                                                                                     TOTAL: 19